UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   TERRY VANWINKLE
        SHANNON JO VANWINKLE

                      Bk. Case No. 20-10292 SAH
Debtors.               CHAPTER 7

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND FOR ABANDONMENT OF PROPERTY
AND NOTICE OF OPPORTUNITY FOR HEARING

Wells Fargo Bank, N.A., its successors and assigns, ("Movant" herein) alleges as follows:

1. That on or about January 29, 2020, the Debtors filed a Chapter 7 Petition in Bankruptcy with this Court.

2. Movant is the current payee of a mortgage note secured by a mortgage of the same date upon property generally described as follows:

> LOT ELEVEN (11), IN BLOCK TWO (2), OF SOUTHERN SHORES ADDITION TO THE CITY OF NORMAN, CLEVELAND COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.
>
> PROPERTY ADDRESS: 1600 Southern Shores Drive, Norman, OK 73026

3. Movant is informed and believes, and, based upon such information and belief, alleges that title to the subject property is currently vested in the name of Debtors.

4. As of April 9, 2020, there is currently due an unpaid principal balance of $133,764.32, plus interest at 3.5 percent per annum from July 1, 2019 plus late charges. This loan is contractually due for August 1, 2019.

5. Movant alleges that there is insufficient equity in the property to be of any value to the estate and that the property is burdensome; that Movant is not adequately protected; that

the subject property is not necessary to an effective reorganization or rehabilitation, and that it would be unfair and inequitable to delay this secured creditor in the foreclosure of its interest. Therefore, cause exists to provide relief from the automatic stay and abandonment.

   6.  This Court has jurisdiction of this action pursuant to the provisions of Title 28 U.S.C. Section 157(b)(2)(G) and 11 U.S.C. Section 362(d).

   7.  In accordance with the Fair Debt Collection Practices Act, unless the consumer, within thirty days after receipt of this notice, disputes the validity of any portion of the debt, the debt will be assumed valid. If said consumer notifies the undersigned attorney for Plaintiff in writing within said thirty day period that any portion of the debt is disputed, said attorney will obtain verification of the debt and/or judgment and a copy of such verification will be mailed to said consumer by the undersigned attorney for Plaintiff; and upon written request by the consumer within the thirty day period, the undersigned attorney for Plaintiff will provide the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose.

   WHEREFORE, Movant prays as follows:

   (1)  For an Order granting relief from the automatic stay, abandoning the property from the bankruptcy estate and allowing Movant to commence and/or complete foreclosure proceedings under applicable state law, including all necessary actions to obtain possession of the property.

   (2)  For such other relief as this Court deems appropriate.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than **14** days from the date of filing of this request for relief. You should also mail a file-stamped copy of your response or objection to the undersigned Movant attorney (and others who are required to be served) and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. **The 14 day period includes the 3 days allowed for mailing provided for the Rule 9006(f) Fed.R.Bankr. Proc.**

        SHAPIRO & CEJDA, LLC

        BY:     s/Kirk J. Cejda
             Kirk J. Cejda OBA #12241
             770 NE 63rd St
             Oklahoma City, OK 73105-6431
             (405) 848-1819
             Attorney for Wells Fargo Bank, N.A.
             (405) 848-2009 (Facsimile No.)
             okecfwestern@logs.com

## CERTIFICATE OF MAILING

     The undersigned hereby certifies that on the 13th of April, 2020, the foregoing pleading was mailed via U.S. Mail, first class, postage prepaid to the following parties, to-wit: Terry VanWinkle, 1600 Southern Shores Drive, Norman, OK 73026 and Shannon Jo VanWinkle, 1600 Southern Shores Drive, Norman, OK 73026, (Debtors) and all parties listed on the attached Debtors' matrix. Further, I certify that a true and correct copy of the foregoing pleading was electronically served on the 13th of April, 2020, using the CM/ECF system to the following parties: Margaret K. Myers, (Attorney for Debtors), Lyle R. Nelson, (Trustee).

                                                _____s/Kirk J. Cejda_____
                                                Kirk J. Cejda OBA #12241

File No. 19-136032