**Dated: May 7, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY VANWINKLE and | ) | Case No. 20-10292-SAH |
| SHANNON JO VANWINKLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### ORDER STRIKING REAFFIRMATION AGREEMENT [DOC. 19]

A Reaffirmation Agreement ("Agreement") [Doc. 19] between the debtors and Oklahoma's Credit Union f/k/a Oklahoma Employees Credit Union was filed on May 6, 2020. The deadline set forth in Federal Rule of Bankruptcy Procedure 4008(a) for the filing of Reaffirmation Agreements is no later than sixty (60) days after the first date set for the meeting of creditors. The Agreement having been filed after said deadline and after entry of an Order discharging debtors [Doc. 15] on April 29, 2020, the Court hereby strikes the Agreement [Doc. 19].

IT IS SO ORDERED.

# # #